Robert Andrews, Minor, by his father and next friend,
Alex Andrews, Appellee, v. Chicago Transit Au-
thority, Appellant.

Gen. No. 44,650.

opinion filed May 16, 1949; rehearing denied May 27, 1949; released for publication May 27, 1949. Werner W. Schroeder, William S. Allen, Harry I. Parsons, and Arthur J. Donovan, for appellant; Charles E. Mallon, for appellee. Francis J. Gariepy, of counsel. Opinion by JUSTICE TUOHY. **Not to be published in full.**